ALBERT GUTWIRTH, Respondent, v. CAREWELL TRADING CORPORATION et al., Appellants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

LAURA DOBSHUTZ et al., Respondents, v. RENEE DOBSHUTZ, Appellant.— No opinion. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. Plaintiffs have failed to establish sufficient facts to warrant granting of a preference. Plaintiffs may obtain an early trial by waiving jury. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

In the Matter of the Final Accounting of MAXIMILIAN BADER, as Substituted Committee of JAMES MORENA, an Incompetent War Veteran Now Deceased, Respondent-Appellant. LENA DENTATO, as Administratrix of the Estate of JAMES MORENA, Deceased Incompetent, Appellant-Respondent.— No opinion. Order unanimously modified so as to allow the substituted committee an additional sum of $229.05 as commissions, and to reduce the sum allowed for legal services to $250. On this record, the amounts now allowed are proper. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

JAMES FAHY, an Infant, by NELLIE FAHY, His Guardian ad Litem, et al., Appellants-Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent-Appellant.— Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

ABEL GOTTHEIMER, Respondent, v. ROBERT W. MILLER, Appellant.— No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

JULIA SCOTTO, Appellant, v. ANTHONY SCOTTO, Respondent.— No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See 1 A D 2d 664.]